IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VALENTE M. CAMPBELL,

                Plaintiff,

v.                                                       ORDER

ALANA ACKER, LAURA C. SUKOWATY,               24-cv-538-jdp
and CHARLES DOMBECK,

                Defendants.

---

Plaintiff Valente M. Campbell, proceeding without counsel, is a prisoner at Columbia Correctional Institution. Campbell alleges that prison officials discontinued his anti-seizure medication and left him handcuffed in his cell, leading to him being injured during a seizure. I granted Campbell leave to proceed on several claims under the Eighth Amendment to the United States Constitution and under Wisconsin negligence law. Dkt. 8.

Campbell moves for leave to amend his complaint to present more detailed allegations against two of the defendants I dismissed in my previous order, Lucas Bender and Eric Ayala, who left him handcuffed in his cell before his seizure. Dkt. 19. In his proposed amended complaint, Dkt. 20, Campbell states that Bender and Ayala left him handcuffed despite knowing that he had a seizure disorder. But he also alleges that he was "provided with proper medication, and was going long periods without having a seizure." *Id.* at 4. Even with these new allegations, Campbell doesn't state an Eighth Amendment claim against Bender and Ayala because his allegations don't raise a reasonable inference that defendants knew that Campbell faced a substantial risk of suffering a seizure while being handcuffed. Campbell also says that his cellmate threatened to sexually assault him, but he doesn't allege that the cellmate followed through on the threat, nor does he suggest that defendants knew that he faced a substantial

risk of assault. So these allegations don't state a claim either. I will deny Campbell's motion for leave to amend his complaint.

Defendants move for an extension of the dispositive motions deadline, Dkt. 21, which I will grant; that deadline is extended to November 14, 2025.

ORDER

IT IS ORDERED that:

1. Plaintiff Valente M. Campbell's motion for leave to amend his complaint, Dkt. 19, is DENIED.

2. Defendants' motion to amend the schedule, Dkt. 21, is GRANTED.

Entered October 3, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge